**Order entered April 22, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00389-CV

### PRESTONWOOD TRADITION, LP, ET AL., Appellants

### V.

### MARSHA SPRING REPP, INDIVIDUALLY AND AS THE CO-EXECUTOR AND REPRESENTATIVE OF THE BENEFICIARIES OF THE ESTATE OF SOLOMON H. SPRING, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03757-B**

### ORDER

Before the Court is the April 20, 2020 request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to May 20, 2020.

/s/     KEN MOLBERG
        JUSTICE